UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Case No. M:05-cv-01699-CRB

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

This document relates to:

*John Barker, et al. v. Monsanto Company, et al.,*
**(Case No. 3:06-cv-00357-CRB)**

Plaintiff John Barker, individually and as Next of Kin of Deceased, Mary Barker, ("Plaintiff") and Defendants Monsanto Company, Pfizer, Inc., Pharmacia Corporation, and G.D. Searle LLC ("Defendants") hereby stipulate to a dismissal without prejudice of Plaintiff's claims against Defendants, subject to the following condition:

Plaintiff agrees that, in the event he re-files a lawsuit against Defendants that contains claims relating to Celebrex®, such lawsuit will be filed in United States District Court.

Plaintiff agrees to the above-stated condition and wishes to dismiss his claims in the instant lawsuit without prejudice to re-filing.

The parties shall each bear their own costs.

WHEREFORE, the parties hereto stipulate to the dismissal of the claims of Plaintiff John Barker, individually and as Next of Kin of Deceased, Mary Barker in the above-styled lawsuit without prejudice to re-filing, subject to the condition stated above.

IT IS SO ORDERED, this __20th__ day of ____November____, 2006.

_____
JUDGE CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*